IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARSHA SMITHERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-00199-DGK |
| ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., a Kansas corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure Rule 4(a)(1)(A), notice is hereby given that Plaintiff, Marsha Smitherman ("Smitherman"), hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order granting Defendant Midland Credit Management, Inc.'s ("MCM") motion for summary judgment and denying Ms. Smitherman's motion for summary judgment, which was entered on June 14, 2024 (Doc. 33) and each and every aspect therein, and from any adverse interlocutory orders that merged into the judgment, including, but not limited to, the Memorandum and Order granting MCM's Motion for Summary Judgment and Denying Ms. Smitherman's Motion for Summary Judgment, dated June 14, 2024 (Doc. 33) and the Clerk's Judgment, dated June 17, 2024 (Doc. 34).

Dated: July 16, 2024

Respectfully submitted,

Marsha Smitherman,

By: s/ David J. Philipps
One of Plaintiff's Attorneys

1

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson   (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

Ryan M. Callahan     (#25363)
James R. Crump     (#78704)
Callahan Law Firm, LLC
222 West Gregory
Suite 210
Kansas City, Missouri 64114
(816) 822-4041
ryan@callahanlawkc.com
james@callahanlawkc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2024 a copy of the foregoing **Notice of Appeal** was filed with the District Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Joshua C. Dickinson | jdickinson@spencerfane.com |
| Kersten L. Holzhueter | kholzhueter@spencerfane.com |
| Spencer Fane, LLP | |
| 1000 Walnut | |
| Suite 1400 | |
| Kansas City, Missouri 64106 | |

| | |
|---|---|
| Shilee T. Mullin | smullin@spencerfane.com |
| Spencer Fane, LLP | |
| 13815 FNB Parkway | |
| Suite 200 | |
| Omaha, Nebraska 68154 | |

| | |
|---|---|
| Ryan M. Callahan | ryan@callahanlawkc.com |
| James R. Crump | james@callahanlawkc.com |
| Callahan Law Firm, LLC | |
| 222 West Gregory | |
| Suite 210 | |
| Kansas City, Missouri 64114 | |
| (816) 822-4041 | |

s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com